**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ANDREW L. JAMISON**     **PLAINTIFF**

v.     No. 4:08CV137-P-S

**STATE OF MISSISSIPPI, ET AL.**     **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g). In addition, Jamison's motion for a temporary restraining order or preliminary injunction is hereby **DISMISSED** with prejudice.

**SO ORDERED,** this the 19th day of February, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE